BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:12-mj-305-KJN |
|              Plaintiff,   )  | ORDER CONTINUING COURT TRIAL |
|    v.                     )  | |
|                           )  | Date:    DECEMBER 17, 2012 |
| MONALISA CORDOVA,         )  | Time:    9:00 A.M. |
|                           )  | Judge:   HON. KENDALL J. NEWMAN |
|              Defendant.   )  | |

It is hereby ordered that the Trial scheduled for December 17, 2012, at 9:00 a.m., is continued to March 18, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE