```
BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Court No. 2:12-mj-00305-KJN |
| ) | |
| Plaintiff,  ) | |
| ) | ORDER |
| v.  ) | |
| ) | |
| MONALISA CORDOVA,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss case number 2:12-mj-00305 and vacate the court trial set for March 18, 2013 at 9:00 a.m. is GRANTED.

IT IS SO ORDERED.

Dated: March 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE